■ MONTAGUE Co., Respondent, v H. WEISS Co., INC., Appellant.—In an action for goods sold and delivered, defendant appeals from a judgment of the Supreme Court, Westchester County, dated February 3, 1976, which is in favor of plaintiff and against it, upon an order of the same court which granted plaintiff's motion for summary judgment. Judgment reversed, on the law, without costs or disbursements, and motion for summary judgment denied. While the affidavit in opposition to plaintiff-respondent's motion for summary judgment was not as complete as it could have been, it did raise issues of fact. Rabin, J. P., Shapiro, Suozzi and O'Connor, JJ., concur.

■ NASSAU COUNTY CIVIL SERVICE COMMISSION et al., Petitioners, v PATRICIA SHEA, Respondent.—Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated June 24, 1977, which (1) reversed an order of the State Division of Human Rights which, *inter alia,* dismissed, after an investigation, a complaint of discrimination on the ground of sex and (2) remanded the matter to the division for further proceedings. Petition granted; order of the appeal board annulled, on the law, without costs or disbursements, and order of the division reinstated and confirmed. The appeal board erred in reversing the division's order dismissing the complaint (see Executive Law, § 297-a, subd 7). We note that of the 34 persons who applied for permission to take the examination for the position sought by the complainant-respondent, 19 were men and 15 were women; permission was granted to 14 men and 8 women and was refused to 5 men and 7 women. The complainant was refused permission to take the examination because she did not meet the qualifications. The record clearly justified the division's determination and did not warrant the appeal board's action in substituting its own judgment for that of the division. Rabin, J. P., Shapiro, Suozzi and O'Connor, JJ., concur.

■ CHARLES PADGETT, Respondent, v ELAINE PADGETT, Appellant.—In an action for divorce, the defendant wife appeals, as limited by her brief, from so much of a judgment of the Supreme Court, Nassau County, entered February 22, 1977, as awarded custody of the two minor children of the marriage to the plaintiff husband. Judgment affirmed insofar as appealed from, without costs or disbursements, upon the opinion of Madam Justice Burstein at Special Term. Cohalan, J. P., Margett, Damiani and Shapiro, JJ., concur.